## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   JOHN THOMAS MARNUL                          CASE NO: 07-14030
         CHRISTINE MARIE MARNUL                      CHAPTER 13

         DEBTORS(S)                                  JUDGE: JACQUELINE P COX


                                                     NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CITIMORTGAGE INC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0013 | 401257373 3341PION | $ 4,239.42 | $ 4,239.42 | $ 4,239.42 |

Total Amount Paid the Trustee                                              $   4,239.42

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                     X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 19th day of     September, 2012.

Debtor(s)
CHRISTINE MARIE MARNUL
JOHN THOMAS MARNUL
3341 N PIONEER AVE
CHICAGO IL 60634-2804

Debtors Attorney

LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO IL 606042406

Mortgage Arrearage Creditor

CITIMORTGAGE INC
PO BOX 6941
THE LAKES NV 88901-6941

Electronic Service US Trustee

Date: September 19, 2012           /s/ Tom Vaughn

                                   Tom Vaughn, Chapter 13 Trustee
                                   Chapter 13 Trustee
                                   55 East Monroe Street, Suite 3850
                                   Chicago, Ill   60603